IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| **CONNIE STRICKLAND** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | **NO. 4:10-CV-149-HLM** |
| | ) | |
| **NORFOLK SOUTHERN** | ) | |
| **RAILWAY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, CONNIE STRICKLAND, and Defendant, NORFOLK SOUTHERN RAILWAY COMPANY, by and through their attorneys of record, and do hereby stipulate that the above-styled lawsuit is DISMISSED WITH PREJUDICE. The Clerk of Court is hereby directed to mark said case "Dismissed With Prejudice" upon the docket of this Court.

Respectfully submitted this 11th day of December, 2012.

(Signatures continued on following page)

| | |
|---|---|
| HALL, BLOCH, GARLAND & MEYER, LLP | WARSHAUER LAW GROUP, P.C. |
| */s/ Daryl G. Clarida* | */s/ Trent Shuping* |
| Daryl G. Clarida | Michael J. Warshauer |
| Georgia Bar No. 126391 | Georgia Bar No. 018720 |
| Keith M. Hayasaka | Douglas C. Dumont |
| Georgia State Bar No. 472412 | Georgia Bar No. 232680 |
| Attorneys for Defendant | Trent Shuping |
| 900 Circle 75 Parkway | Georgia Bar No. 159083 |
| Suite 500 | 3350 Riverwood Parkway |
| Atlanta, Georgia 30339-3099 | Suite 2000 |
| 678/888-0036 | Atlanta, GA 30339-3372 |
| 678/888-0045 (facsimile) | 404/892-4900 |
| DarylClarida@hbgm.com | 404/892-1020 (facsimile) |
| KeithHayasaka@hbgm.com | mjw@warlawgroup.com |
| | dcd@warlawgroup.com |
| | tss@warlawgroup.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2012, a true and correct copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record participating in the CM/ECF system for this civil action:

> Daryl G. Clarida, Esq.
> Keith M. Hayasaka, Esq.
> Hall, Bloch, Garland & Meyer, LLP
> 900 Circle 75 Parkway
> Suite 500
> Atlanta, Georgia 30339-3099

This 11th day of December, 2012.

> /s/ Trent Shuping
> Trent S. Shuping